The Honorable Ricardo S. Martinez

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

MARK PALMER and SHEILA CLIFTON,

                Plaintiffs,

    v.

GREAT AMERICAN GAMING CORPORATION,

                Defendant.

CASE NO. 12-cv-00759 RSM

STIPULATION AND ORDER OF DISMISSAL

## STIPULATION

The parties to this action, by and through their attorneys of record, stipulate that the above-captioned action shall be dismissed with prejudice and without an award of costs or attorneys' fees to any party.

DATED this 7th day of May, 2013.
SUMMIT LAW GROUP PLLC
Attorney for Defendant

By s/ Shannon E. Phillips
    Shannon E. Phillips, WSBA No. 25631
    *shannonp@summitlaw.com*

DATED this 7th day of May, 2013.
BEAN PORTER HAWKINS PLLC
Attorneys for Plaintiffs

By s/Matthew J. Bean
    Matthew J. Bean, WSBA No. 23221
    *mbean@bphlegal.com*
    C. Christine Porter, WSBA No. 41900
    *cporter@bphlegal.com*

STIPULATION AND ORDER OF DISMISSAL - 1
CASE NO. 12-CV-00759 RSM

SUMMIT LAW GROUP PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
Telephone: (206) 676-7000
Fax: (206) 676-7001

4843-5971-3299.1

**ORDER**

1

2     Based on the above Stipulation of the parties, IT IS HEREBY ORDERED that the above-
3 captioned action is dismissed with prejudice and without an award of costs or attorneys' fees to
4 any party.  Provided, however, that the Court retains jurisdiction over this matter for purposes of
5 ensuring full and complete performance of terms of the parties' settlement agreement.

6     DATED this 7 day of May 2013.

7

8

9

10                     RICARDO S. MARTINEZ
                      UNITED STATES DISTRICT JUDGE

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

STIPULATION AND ORDER OF DISMISSAL - 2
CASE NO. 12-CV-00759 RSM

SUMMIT LAW GROUP PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
Telephone:  (206) 676-7000
Fax:   (206) 676-7001

4843-5971-3299.1